IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER DALE<br>CROMWELL (08) | Case No. 6:20-CR-97<br>JCB/JDL |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Christopher Dale Cromwell**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

        Respectfully submitted,
        NICHOLAS J. GANJEI
        ACTING UNITED STATES ATTORNEY

        */s/ D. Ryan Locker*
        D. RYAN LOCKER
        ASSISTANT U.S. ATTORNEY
        Texas Bar No. 24046307
        110 North College Avenue, Suite 700
        Tyler, Texas 75702
        (903) 590-1400
        Ryan.Locker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on or about the date of filing, I have conferred with opposing counsel who has indicated that he does not oppose the contents of this notice or its filing.

        */s/ D. Ryan Locker*
        D. RYAN LOCKER

## CERTIFICATE OF SERVICE

      I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on March 31, 2021.

                                      */s/ D. Ryan Locker*
                                      D. RYAN LOCKER