IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No.  6:20-CR-97-08 |
| v. | § | |
| | § | JUDGES JCB/JDL |
| CHRISTOPHER DALE CROMWELL | § | |
| (08) | § | |

## ELEMENTS OF THE OFFENSE

You are charged in **Count 1** of the indictment with a violation of 21 U.S.C. § 846

(conspiracy to possess and possession with intent to distribute controlled substances).

The essential elements which must be proven to establish violation of this offense are as

follows:

## Count 1

### 21 U.S.C. § 846

*First*:      That within the time frame alleged in the indictment, you and other persons, directly or indirectly, reached an agreement to distribute controlled substances, namely, methamphetamine, a Schedule II controlled substance;

*Second*:      That you knew of the unlawful purpose of the agreement;

*Third*:      That you joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

*Fourth:*      That the conspiracy involved 50 grams or more of actual methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine; and

*Fifth:*      That you knew or reasonably should have known that the scope of the conspiracy involved 50 grams or more of actual methamphetamine or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

*/s/  D. Ryan Locker*
D. RYAN LOCKER
Assistant U.S. Attorney
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

## CERTIFICATE OF CONFERENCE

I certify that I have consulted with counsel for the defendant on or about the date of filing, and said counsel does not oppose the filing of this notice.

*D. Ryan Locker*_____
D. RYAN LOCKER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I have this day served counsel for the defendant with a true and correct copy of this pleading by the court's CM/ECF electronic filing system.

*D. Ryan Locker*
D. RYAN LOCKER
Assistant U.S. Attorney